UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 24820
   ROBERT JAMES WILLIAMS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3362
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/02/04 and confirmed on 09/07/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 24272.95 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONTEREY FINANCIAL SVCS | SECURED | 545.00 | 55.00 | 545.00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 13750.00 | 1384.30 | 13750.00 |
| AT&T MOBILITY LLC | FILED LATE | .00 | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 562.20 | .00 | 500.06 |
| GLOBAL ACCEPTANCE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 714.31 | .00 | 635.36 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 706.11 | .00 | 628.06 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 153.32 | .00 | 136.37 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 2947.51 | .00 | 2621.72 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14295.00 | .00 | 5083.45 | .00 | 19378.45 |
| PRINCIPAL PAID | 14295.00 | .00 | 4521.57 | .00 | 18816.57 |
| INTEREST PAID | 1439.30 | .00 | .00 | .00 | 1439.30 |
| TOTAL PAID | 15734.30 | .00 | 4521.57 | .00 | 20255.87 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $  2700.00 and was paid $   2700.00 .

The Trustee received $   1054.13 .

Refunds to the Debtor totaled $    262.95 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/08/08                    /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE
```

```
                      PAGE   2
       CASE NO. 04 B 24820 ROBERT JAMES WILLIAMS
```